| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: |
| | ) | |
| JOSE D. CERVANTES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MENARD, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# **APPEARANCE**

1. Jose Cervantes
   Name of represented party

2. Attorney information (as applicable for service of process):

   Name: Valerie Loya            Atty Number: 34101-49
   HENSLEY LEGAL GROUP, PC       Phone: (317) 472-3333
   Address: 117 East Washington Street   FAX: (317) 472-3340
   Suite 200                     Email: vloya@hensleylegal.com
   Indianapolis, IN 46204

3. Case Type requested: CT

4. Will accept FAX service: Yes ___ No  X

_[signature]_

Valerie Loya, #34101-49
**Attorney for Plaintiff**

| | |
|---|---|
| STATE OF INDIANA      )<br>                                 ) SS:<br>COUNTY OF MARION )<br>                                 )<br>JOSE D. CERVANTES,   )<br>                                 )<br>            Plaintiff          )<br>                                 )<br>    vs.                         )<br>                                 )<br>MENARD, INC.,            )<br>                                 )<br>            Defendant.      )<br>                                 ) | IN THE MARION COUNTY SUPERIOR COURT<br><br>CAUSE NO: |

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, Jose Cervantes ("Plaintiff"), by counsel, and for Complaint for Damages against the Defendant, MENARD, INC., alleges and asserts that:

1. At all times mentioned herein, the Plaintiff, Jose Cervantes, was and is a resident of the City of Indianapolis, County of Marion, State of IN.

2. At all times mentioned herein, the Defendant, Menard, Inc., ("Defendant") was doing business in the State of Indiana and was maintaining a premise located at 7701 E 42nd St, Indianapolis, IN 46226, City of Indianapolis, County of Marion, State of IN.

3. All of the acts and/or omissions of the Defendant, MENARD, INC., herein alleged, were performed and/or omitted by and through the agents, servants, and/or employees of the Defendant while they were acting within the scope and course of their employment.

4. On or about April 19, 2021, the Plaintiff, was a guest and invitee of the Defendant at the above-referenced premises, when was injured.

5. The Defendant was required to exercise reasonable and ordinary care under all circumstances and operation of its premises, including the above- referenced premises at which the Plaintiff was injured.

6. The above-mentioned incident was directly and proximately caused by the carelessness and negligence of the Defendant, including, but not limited to, one or more of the following acts and/or omissions:

   a. The Defendant carelessly and negligently failed to inspect and discover the dangerous condition existing at said location;

   b. The Defendant carelessly and negligently failed to warn the Plaintiff of the dangerous condition existing at said location when the Defendant knew or should have known of the same;

   c. The Defendant carelessly and negligently failed to provide premises reasonably safe under the existing conditions; and

   d. The Defendant carelessly and negligently failed to correct the dangerous condition at said location when the Defendant knew or should have known of the existence of the same.

7. As a direct and proximate result of the Defendant's carelessness and negligence, the Plaintiff sustained personal injuries, resulting in pain and suffering.

8. As a result of injuries and their effects, the Plaintiff, has been required to engage the services of hospitals, physicians, and medical technicians for medical treatment, medication and x-rays, and has incurred, and may incur in the future, medical expenses for such treatment.

9. As a result of injuries, the Plaintiff has incurred reasonable medical expenses for medical care and treatment and may incur additional medical expenses in the future.

**10. As a result of injuries and the treatment of said injuries, the Plaintiff, Jose Cervantes, has lost income, and may continue to lose income in the future, all caused by the negligence of the Defendant.**

WHEREFORE, the Plaintiff, Jose Cervantes, prays for judgment against the Defendant, MENARD, INC., in an amount commensurate with injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

        Respectfully Submitted,

        _____
        Valerie Loya, #34101-49
        Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
vloya@hensleylegal.com

### REQUEST FOR TRIAL BY JURY

Comes now the Plaintiff, Jose Cervantes by counsel, and file herein request for trial by jury for the above action.

        Respectfully submitted,

        _____
        Valerie Loya, #34101-49
        Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
vloya@hensleylegal.com

Case 1:21-cv-02686-TWP-DLP 49D12-2108-CT-029439 Document 1-2 Filed 08/20/21 Page 5 of 12 PageID #: 8

Filed: 8/31/2021 3:00 PM
Clerk
Marion County, Indiana

49D12-2108-CT-029439
Marion Superior Court 12

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | |

| | | |
|---|---|---|
| JOSE D. CERVANTES, | ) | |
| | ) | CAUSE NO: |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**TO DEFENDANT:** Menard, Inc.
c/o The Prentice-Hall Corporation System, Inc.
135 N. Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: 8/31/2021    _Myla A. Eldridge_ (Seal)
CLERK, MARION COUNTY SUPERIOR Court

**(The following manner of service of summons is hereby designated)**

   X   Registered or certified mail.

_____Service at place of employment, to wit:

_____Service on individual - (Personal or copy) at above address.

_____Service on agent. (Specify)

_____Other Service. (Specify)

Valerie Loya ,#34101-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333



## CERTIFICATE OF MAILING

I hereby certify that on the _____day of_____, 20\_\_\_, I mailed a copy of the Complaint to the Defendant, by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Valerie Loya

Dated:_____         By: Valerie Loya


## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20\_\_\_.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20\_\_\_.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20\_\_\_.

_____
CLERK, MARION COUNTY SUPERIOR Court

By:_____
Deputy

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: 49D12-2108-CT-029439 |
| | ) | |
| JOSE D. CERVANTES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MENARD, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on Wednesday, October 6, 2021 I mailed a copy of the summons and a copy of the complaint to the defendant, Menard, Inc., c/o The Prentice-Hall Corporation System, Inc., 135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204 by certified mail #7020 3160 0002 1028 5070, requesting a return receipt to the Marion County Clerk's office.

_____
Valerie Loya, Attorney # 34101-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
vloya@hensleylegal.com

98027.77

| STATE OF INDIANA | MARION SUPERIOR COURT 12 |
| --- | --- |
| COUNTY OF MARION | CAUSE NO.: 49D12-2108-CT-029439 |

JOSE D. CERVANTES,

    Plaintiff,

v.

MENARD, INC.,

    Defendant.

## E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

1.    The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**MENARD, INC.**

2.    Attorney information for service as required by Trial Rule 5(B)(2):

| Jessica N. Hamilton | Atty. No. #34268-71 |
| --- | --- |
| KOPKA PINKUS DOLIN PC | Telephone: 317-818-1360 |
| 550 Congressional Blvd., Suite 310 | Facsimile:  317-818-1390 |
| Carmel, IN 46032 | Email:  jnhamilton@kopkalaw.com |

| Leslie B. Pollie | Atty. No. #25716-49 |
| --- | --- |
| KOPKA PINKUS DOLIN PC | Telephone: 317-818-1360 |
| 550 Congressional Blvd., Suite 310 | Facsimile:  317-818-1390 |
| Carmel, IN 46032 | Email:  lbpollie@kopkalaw.com |

**IMPORTANT**: Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the

1

    contact information listed above for the attorney; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a civil tort case type as defined in administrative Rule 8(B)(3)

4. I will accept service by:
Fax at the above noted number:  NO
Email at the above noted address:  YES

5. This case involves child support issues:  NO

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7. This case involves a petition for involuntary commitment:  NO

8. Are there related cases:  NO

9. Additional information required by local rule:  NONE

10. Are there other party members:  NO

11. This form has been served on all other parties and Certificate of Service is attached:  YES

    Respectfully Submitted,

    KOPKA PINKUS DOLIN PC


    By: ___*/s/ Jessica N. Hamilton*___
     Jessica N. Hamilton (#34268-71)
     Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Valerie Loya
Hensley Legal Group, PC
117 E. Washington St., Suite 200
Indianapolis, IN  46204

                */s/ Jessica N. Hamilton*


KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel: (317) 818-1360
Fax: (317) 818-1390
Email: jnhamilton@kopkalaw.com

98027.78

| | |
|---|---|
| STATE OF INDIANA | MARION SUPERIOR COURT 12 |
| COUNTY OF MARION | CAUSE NO.: 49D12-2108-CT-029439 |

JOSE D. CERVANTES,

    Plaintiff,

v.

MENARD, INC.,

    Defendant.

## DEFENDANT'S NOTICE OF AUTOMATIC ENLARGEMENT OF TIME

Defendant, Menard, Inc., by counsel, Jessica N. Hamilton of Kopka Pinkus Dolin PC, respectfully moves the Court for an automatic enlargement of time to respond to Plaintiff's Complaint, pursuant to Ind. Trial Rule 6(B)(1) and Marion Circuit and Superior Courts Civil Rule 203(D), and states:

    1.    That no prior extensions have been requested.

    2.    On information and belief, Defendant was notified of Plaintiff's claim on October 12, 20212, and its responsive pleading would be due on November 1, 2021, which has not yet passed.

    3.    The date to which said extension of time would automatically extend is December 1, 2021.

    4.    That such extension of time is necessary for Defendant's attorney to properly investigate the allegations in the Plaintiff's Complaint in order to adequately respond to the Plaintiff's Complaint.

WHEREFORE, Defendant, Menard, Inc., by counsel, files its Notice of Automatic Enlargement of Time of 30 days, up to and including December 1, 2021.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By:   */s/ Jessica N. Hamilton*
     Jessica N. Hamilton (#34268-71)
     Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Valerie Loya
Hensley Legal Group, PC
117 E. Washington St., Suite 200
Indianapolis, IN  46204

          */s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:   (317) 818-1360
Fax:   (317) 818-1390
Email: jnhamilton@kopkalaw.com